IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:16 CR 00253-1-AA |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD EUGENE STOVER, | |
| Defendant. | |

This matter came before the court for a telephonic status hearing on July 20, 2020. The defendant and his attorney, Robert Weaver appeared. The government appeared by AUSA, Donna Maddux and his probation officer, Zachary Scott-Sedley. After hearing from all the parties, and the request from the probation officer, the court made the following ruling:

IT IS HEREBY ORDERED that

1. You must submit a monthly expense report to the court once it has been reviewed by a CPA, at the direction of your probation officer.
2. You must maintain a single checking account in your own name. You must deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. You must disclose all other accounts to the probation officer.
3. You must pay at least $200.00 per month toward your restitution obligation.

IT IS FURTHER ORDERED that the house arrest obligation is lifted.

Other than modified herein, the previously ordered conditions of supervision and the new ones listed here will remain in full force and effect.

Dated this  21st day of July, 2020.

/s/Ann Aiken
Ann Aiken
United States District Judge